# EXHIBIT D



8423124

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**

**October 18, 2023**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *8,687,354*
ISSUE DATE: *April 1, 2014*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

Wanda Montgomery
**Certifying Officer**

Case 5:23-cv-05882-LJC   Document 1-4   Filed 11/15/23   Page 3 of 13



US008687354B2

(12) **United States Patent**
Uchiyama et al.

(10) **Patent No.:** **US 8,687,354 B2**
(45) **Date of Patent:** **Apr. 1, 2014**

(54) **DUAL SHAFT HINGE WITH ANGLE TIMING SHAFT MECHANISM**

(75) Inventors: **Yoshiharu Uchiyama**, Kanagawa-ken (JP); **Kenshin Yonemochi**, Kanagawa-ken (JP); **Akinori Uchino**, Kanagawa-ken (JP)

(73) Assignee: **Lenovo (Singapore) Pte. Ltd.**, Singapore (SG)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 139 days.

(21) Appl. No.: **13/361,861**

(22) Filed: **Jan. 30, 2012**

(65) **Prior Publication Data**

US 2013/0194741 A1     Aug. 1, 2013

(51) **Int. Cl.**
**G06F 1/16**          (2006.01)
(52) **U.S. Cl.**
USPC ................... **361/679.27**; 296/186.4; 248/461; 16/330
(58) **Field of Classification Search**
USPC .......... 248/551, 122.1, 316.1, 450, 464, 461, 248/462, 688; 296/192, 61, 66, 65.09, 296/186.4, 147; 362/253, 621, 97.1, 427, 362/191; 361/679.01, 679.07, 679.21, 361/679.4, 679.56, 679.41, 679.49, 679.27,

361/679.02, 679.08, 679.26, 679.06; 16/367, 297, 250, 241, 382, 319, 338, 16/330, 221, 303, 285, 366; 455/575.3, 455/575.1, 566, 550.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,666,694 A | 9/1997 | Slow et al. | |
| 6,154,359 A | 11/2000 | Kamikakai et al. | |
| 6,492,974 B1 | 12/2002 | Nobuchi et al. | |
| 2005/0236869 A1* | 10/2005 | Ka et al. | ........................ 296/192 |
| 2012/0147535 A1* | 6/2012 | Ahn et al. | ................ 361/679.01 |
| 2013/0003278 A1* | 1/2013 | Hayashi et al. | .......... 361/679.07 |

* cited by examiner

*Primary Examiner* — Hung Duong

(74) *Attorney, Agent, or Firm* — Shimokaji & Assoc., PC

(57)          **ABSTRACT**

A hinge is provided that permits a user to use a computer system either as a laptop computer or a tablet computer. The hinge may comprise a hinge block and an inhibitor stopper. The hinge block may have a first hinge member and a second hinge member. The inhibitor stopper may be disposed between the first hinge member and the second hinge member. The inhibitor stopper may have a first wing and a second wing. The inhibitor stopper may be attached to the hinge block. The first and second wings may be rotatable around an axis.

**11 Claims, 7 Drawing Sheets**



Case 5:23-cv-05882-LJC   Document 1-4   Filed 11/15/23   Page 4 of 13



FIG. 1A

Case 5:23-cv-05882-LJC   Document 1-4   Filed 11/15/23   Page 5 of 13



FIG. 1B

Case 5:23-cv-05882-LJC   Document 1-4   Filed 11/15/23   Page 6 of 13



FIG. 1C

Case 5:23-cv-05882-LJC   Document 1-4   Filed 11/15/23   Page 7 of 13



FIG. 1E



FIG. 1D

Case 5:23-cv-05882-LJC  Document 1-4  Filed 11/15/23  Page 8 of 13



FIG. 2

LCD SIDE

BASE SIDE

Case 5:23-cv-05882-LJC   Document 1-4   Filed 11/15/23   Page 9 of 13



FIG. 3A



FIG. 3B



FIG. 3C



FIG. 3D



FIG. 3E



FIG. 3F



FIG. 3G

US 8,687,354 B2

1

# DUAL SHAFT HINGE WITH ANGLE TIMING SHAFT MECHANISM

## BACKGROUND OF THE INVENTION

The present invention relates generally to computer systems and, more specifically, to tablet computers with hinges having dual shafts which operate to pivot a display housing relative to a base housing synchronically.

In recent years, portable computers have evolved from transportable suitcase style computers, to laptops or notebooks, and then to slate PCs (also referred to as "tablets" or "pure tablets"). Tablet computers have many advantages not found in standard desktop or notebook computers. Chief among these advantages is usually the ability to interface with the tablet computer by writing on or tapping a touch screen display using a stylus or other implement. Input to the computer may thus be entered in a manner similar to writing on paper rather than using a keyboard.

Sometimes, the existing convertible computers which have keyboards may have one hinge or two hinges to connect an upper housing and a lower housing. After the upper housing being open for many times, the convertible computer having two hinges may become wobbly and two hinges may not help the upper housing to rotate relative to the lower housing synchronously.

Therefore, it can be seen that there is a need for a tablet computer with an improved hinge.

## SUMMARY

In one aspect, a computer system comprises a hinge block having a first hinge member and a second hinge member; and an inhibitor stopper disposed between the first hinge member and the second hinge member, wherein the inhibitor stopper has an axis, a first wing and a second wing, wherein the inhibitor stopper is attached to the hinge block, and wherein the first and second wings are rotatable around the axis.

In another aspect, an electronic computing device comprises a lower housing; an upper housing; and a plurality of hinge blocks attached to confronting edge portions of the lower housing and the upper housing, wherein each of the hinge blocks has an inhibitor stopper, wherein the inhibitor stopper is operatively coupled to the lower housing and the upper housing in such a way that the upper housing is rotatable synchronously over substantially 360° with respect to the lower housing on the plurality of hinge blocks.

In a further aspect, a mobile computing device comprises a lower housing; an upper housing pivotally coupled to the lower housing for movement between a tablet configuration and a laptop configuration, wherein, in the tablet configuration, the lower housing is substantially parallel and adjacent to the upper housing; and a plurality of hinge blocks having a first hinge member and a second hinge member, wherein the upper housing pivots on the hinge blocks through a first range of motion, and the upper housing and the hinge blocks pivot on the second hinge members through a second range of motions.

These and other features, aspects and advantages of the present invention will become better understood with reference to the following drawings, description and claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a perspective view of a tablet personal computer according to an exemplary embodiment in a closed position;

2

FIG. 1B is a perspective view of a tablet personal computer according to an exemplary embodiment configuration of FIG. 1A in an open position;

FIG. 1C is a perspective view of a tablet personal computer according to another exemplary embodiment configuration of FIG. 1A in an open position;

FIG. 1D is a perspective view of a tablet personal computer according to yet another exemplary embodiment configuration of FIG. 1A in an open position with a keyboard facing upward;

FIG. 1E is a perspective view of a tablet personal computer according to yet another exemplary embodiment configuration of FIG. 1A with the touch screen facing upward;

FIG. 2 is a close-up view of the hinge of a tablet personal computer of FIG. 1 with a hinge according to an exemplary embodiment;

FIG. 3A is a cross-sectional view of the hinge of the tablet personal computer of FIG. 1 according to an exemplary embodiment in a first exemplary position during movement between a laptop configuration and a tablet configuration;

FIG. 3B is a cross-sectional view of the hinge of the tablet personal computer of FIG. 1 according to an exemplary embodiment in a second exemplary position during movement between a laptop configuration and a tablet configuration;

FIG. 3C is a cross-sectional view of the hinge of the tablet personal computer of FIG. 1 according to an exemplary embodiment in a third exemplary position during movement between a laptop configuration and a tablet configuration;

FIG. 3D is a cross-sectional view of the hinge of the tablet personal computer of FIG. 1 according to an exemplary embodiment in a fourth exemplary position during movement between a laptop configuration and a tablet configuration;

FIG. 3E is a cross-sectional view of the hinge of the tablet personal computer of FIG. 1 according to an exemplary embodiment in a fifth exemplary position during movement between a laptop configuration and a tablet configuration;

FIG. 3F is a cross-sectional view of the hinge of the tablet personal computer of FIG. 1 according to an exemplary embodiment in a sixth exemplary position during movement between a laptop configuration and a tablet configuration; and

FIG. 3G is a cross-sectional view of the hinge of the tablet personal computer of FIG. 1 according to an exemplary embodiment in a seventh exemplary position during movement between a laptop configuration and a tablet configuration.

## DETAILED DESCRIPTION OF EMBODIMENTS

The following detailed description is of the best currently contemplated modes of carrying out exemplary embodiments. The description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating the general principles, since the scope of the embodiments is best defined by the appended claims.

Various inventive features are described below that can each be used independently of one another or in combination with other features.

Broadly, exemplary embodiments comprise a tablet PC with hinges movable throughout multiple positions. More specifically, exemplary embodiments of a tablet PC may comprise one or more hinges movable through a plurality of positions; an input unit, such as a keyboard; and a display housing. According to exemplary embodiments, a plurality of hinges, such as two hinges, for example, may interconnect the input unit with the display housing. The hinges may include an inhibitor stopper and a hinge block. The hinge block may

US 8,687,354 B2

3

comprise a first hinge member and a second hinge member. The first hinge member and a second hinge member are adapted to connect to the display housing and the input unit, respectively. The inhibitor stopper may help the display housing to rotate relative to the input unit synchronously. The tablet PC may be configured in either a laptop configuration or a tablet configuration. In a laptop configuration, the computing system may be used as a regular laptop either on one's lap or on a desk, for example. In the tablet configuration, the display housing may be substantially parallel to and adjacent to the input unit of the computing system.

Referring to FIG. 1, a tablet personal computer (PC) **10** may include an upper housing **110**, such as a display housing, and a lower housing **120**, such as an input unit, for example, wherein the upper housing **110** and the lower housing **120** may be connected via a plurality of hinges **122**. The tablet PC **10** may be a laptop computer system, such as one of the ThinkPad® series of personal computers sold by Lenovo (US) Inc. of Morrisville, N.C., or a workstation computer, such as the ThinkStation®, which is sold by Lenovo (US) Inc. of Morrisville, N.C. Exemplary embodiments may also include cell phones, smart phones, or electronic dictionaries, for example.

The notebook PC **10** may include a processor (not shown) within the lower housing **120**. A liquid crystal display (LCD) **114**, which may be a touch sensitive screen, for example, may be disposed in the upper housing **110**. The LCD **114** may face the lower housing **120** when the notebook PC **10** is in a closed position, as shown in FIG. 1A. The touch sensitive screen **114** may be coupled to be operable by the processor to display data to a user of the notebook PC **10**.

Each of the hinges **122** may be connected to a confronting edge portion **116** of the first housing **110** and a confronting edge portion **124** of the second housing **120**. The upper housing **110** may pivot around the plurality of hinges **122** relative to the lower housing **120**. The upper housing **110** may be rotatable through an angle of up to substantially 360° relative to the lower housing **120**.

In operation of an exemplary embodiment, FIGS. 1B-1D show the upper housing **110** being opened at different angles comparable to the lower housing **120**. FIG. 1E further illustrates the touch sensitive screen **114** facing upward. Users may write on or tap a touch screen display **114** using a stylus or other implement, such as a finger, for example.

Referring to FIG. 2, each of the hinges **122** may include a hinge block **210** and an inhibitor stopper **240**. The hinge block **210** may be connected to a first hinge member **130** and a second hinge member **132**. The hinge block **210** may be sandwiched between the upper housing **110** and the first hinge member **130**; and between the lower housing **120** and the second hinge member **132**. The inhibitor stopper **240** may include a first wing **244** and a second wing **246**. The inhibitor stopper **240** may be attached to the hinge block **210**. The first wing **244** and the second wing **246** may be rotatable around the axis **242**.

Still in FIG. 2, the first hinge member **130** may include a first notch **250** at the outer perimeter of the first hinge member **130**. The second hinge member **132** may include a second notch **252** at the outer perimeter of the second hinge member **132**. The first notch **250** may be shaped in such a way that the first wing **244** of the inhibitor stopper **240** may fit into the first notch **250** of the first hinge member **130**. Similarly, the second notch **252** may be shaped in such a way that the second wing **246** of the inhibitor stopper **240** may fit into the second notch **252** of the second hinge member **132**.

In operation of an exemplary embodiment, FIGS. 3A-3G show diagrams of modes of operation for converting a note-

4

book PC **10** from a closed configuration **301** (FIG. 3A), via a laptop configuration **303** (FIG. 3C), to a tablet configuration **307**(FIG. 3G). The tablet PC **10** may change configurations in ways other than those shown in FIGS. 3A-3E, such as from a tablet configuration to a laptop configuration, for example.

It will be understood that the upper housing **110** may pivot relative to the lower housing **120** using both the first hinge member **130** and the second hinge member **132**. The first hinge member **130** may operate during a first range of motion, such as rotation of the first housing **110** relative to the second housing **120** from zero degrees (FIG. 3A) to 180 degrees (FIG. 3D). The second hinge member **132** may operate during a second range of motion, such as rotation of the first housing **110** relative to the second housing **120** from 180 degrees (FIG. 3D) to 360 degrees (FIG. 3G).

When converting the notebook PC **10** from a closed configuration to a tablet configuration, the second range of motion directly follows the first range of motion, where at least one of the first and second hinge members **130**, **132** is restricted at a given time by the inhibitor stopper **240**. Correspondingly, only the first hinge member **130**, or the second hinge member **132**, may rotate relative to the hinge block **210** at one time. Those skilled in the art may appreciate, of course, that the terms first hinge member and second hinge member may be used broadly herein to refer either to a hinge member on a single hinge, or to hinge members on a series of hinges which define a single hinge axis.

As shown in mode of operation **301** of FIG. 3A, the notebook PC **10** is in a closed configuration. To convert the notebook PC **10** from a closed configuration to a tablet configuration, users may open the first housing **110** to a certain angle as shown in FIG. 3B of mode of operation **302**. The first housing **110** and the first hinge member **130** may pivot on the hinge block **210**, with the hinge block **210** remaining fixed relative to the lower housing **120**, with the second wing **246** of the inhibitor stopper **240** preventing the second hinge member **132** from rotating. If a user wants to use the notebook PC **10** in a laptop configuration **303**, the upper housing may be further opened as shown in FIG. 3C. In the laptop configuration of operation **303**, the user may sit in front of a desk with the notebook PC **10** on the desk or on their laps, for example.

The user may further rotate the first housing **110** up to substantially 180 degrees relative to the lower housing **120** to achieve mode of operation **304** as shown in FIG. 3D, where the first wing **244** of the inhibitor stopper **240** may engage the notch **250** of the first hinge **130** and prevent the first hinge member **130** from further rotation. When the user wishes to use the notebook PC **10** as a tablet, the user may further rotate the first housing **110** relative to the lower housing **120** to achieve modes of operation **305** and **306** as shown in FIGS. 3E-3F. The first housing **110**, together with the hinge block **210**, may rotate about the second hinge member **132** while the first wing **244** of the inhibitor **240** may prevent the first hinge member **130** from rotating.

The first housing **110** may further rotate about the second hinge member **132** to achieve a tablet configuration **307**. In the tablet configuration **307**, the upper housing **110** may be substantially parallel and adjacent to the lower housing **120**. Users may use the notebook PC **10** in the tablet configuration **307** while sitting in a car, a train, a subway, or an airplane, for example.

Reversely, the lower housing **110** may rotate about the second hinge member **132** and then the first hinge member **130** to change the notebook PC **10** from the tablet configuration **307** of FIG. 3G to the original closed position as shown in FIG. 3A.

5

6

It should be understood, of course, that the foregoing relate to exemplary embodiments of the invention and that modifications may be made without departing from the spirit and scope of the invention as set forth in the following claims.

We claim:

**1**. A hinge, comprising:

a hinge block having a first hinge member and a second hinge member; and

an inhibitor stopper disposed between the first hinge member and the second hinge member, wherein the inhibitor stopper has a first wing and a second wing, wherein the inhibitor stopper is attached to the hinge block, and wherein the first and second wings are rotatable around an axis;

wherein the first hinge member has a first notch at an outer perimeter of the first hinge member and the second hinge member has a second notch at an outer perimeter of the second hinge member;

wherein the first hinge member is adapted to attach to a first housing;

wherein the second hinge member is adapted to attach to a second housing;

wherein the second wing of the inhibitor stopper engages the second notch to prevent the second hinge member from rotating when the first hinge member rotates from zero degrees to 180 degrees.

**2**. The hinge of claim **1**, wherein the first housing is rotatable on the hinge block.

**3**. The hinge of claim **1**, wherein the hinge block is rotatable on the first hinge member and second hinge member.

**4**. The hinge of claim **1**, wherein the first wing of the inhibitor stopper engages the first notch to prevent the first

hinge member from rotating when the first housing rotates from 180 degrees to 360 degrees.

**5**. The hinge of claim **1**, wherein the hinge is connected to confronting edge portions of the first housing and the second housing.

**6**. The hinge of claim **1**, wherein multiple hinges are disposed along confronting edge portions of the first housing and the second housing.

**7**. An electronic computing device, comprising:

a lower housing;

an upper housing; and

a plurality of hinge blocks attached to confronting edge portions of the lower housing and the upper housing, wherein each of the hinge blocks has an inhibitor stopper, wherein the inhibitor stopper is operatively coupled to the lower housing and the upper housing in such a way that the upper housing is rotatable synchronously over substantially 360° with respect to the lower housing on the plurality of hinge blocks.

**8**. The electronic computing apparatus of claim **7**, wherein the lower housing has an input device.

**9**. The electronic computing apparatus of claim **7**, wherein the upper housing comprises a touch sensitive screen.

**10**. The electronic computing apparatus of claim **7**, wherein the plurality of hinge blocks includes a first hinge member and a second hinge member, wherein the first hinge members are connected to the upper housing and the second hinge members are connected to the lower housing.

**11**. The electronic computing apparatus of claim **10**, wherein the inhibitor stopper is disposed between the first hinge and the second hinge.

\* \* \* \* \*