# EXHIBIT F

**Infringement of U.S. Patent No. 7,792,066 by ASUS's Exemplary Zenbook Pro (UX6404)**

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | |
| 1(p) | An apparatus comprising: | To the extent the preamble of claim 1 is limiting, the exemplary ASUS Zenbook Pro includes an apparatus comprising the limitations below.  For example, the exemplary ASUS Zenbook Pro is an apparatus as shown below.<br><br><br><br>https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/ |
| 1(a) | a wireless receiver that receives a beacon frame transmitted from a wireless access point when a main power supply for a system main unit coupled to the wireless receiver is not on; | The exemplary ASUS Zenbook Pro comprises this limitation.  For example, as shown below on the left, the exemplary ASUS Zenbook Pro is enabled to receive a beacon frame and depicts the main power supply not on.<br><br><br><br>https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |
| 1(b) | the wireless receiver to set at least one parameter of the wireless receiver in response to receiving the beacon frame from the wireless access point, wherein the setting of the at | The exemplary ASUS Zenbook Pro comprises this limitation.  For example, the exemplary ASUS Zenbook Pro shown below is enabled such that a parameter is set in response to receiving a beacon frame as shown by the device receiving main power supply.  This is enabled without the wireless receiver transmitting a handshake and the predetermined frame is "selected from the group consisting of a broadcast frame and multicast frame," as shown by the packet analysis below.<br><br>https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |

| Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|
| least one parameter enables reception by the wireless receiver of a predetermined frame from the wireless access point without the wireless receiver transmitting a wireless frame to the wireless access point to handshake with the wireless access point, and wherein the predetermined frame is selected from the group consisting of a broadcast frame and a multicast frame; |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |
| 1(c) | the wireless receiver enabled by the setting of the at least one parameter to receive the predetermined frame from the wireless access point | The exemplary ASUS Zenbook Pro comprises this limitation.  For example, the exemplary ASUS Zenbook Pro shown below is enabled by the setting of at least one parameter to receive the predetermined frame and determine the existence of a magic packet as shown in the packet analysis below.<br><br>**Network and Communication** — Wi-Fi 6E(802.11ax) (Dual band) 2*2 + Bluetooth® 5.3 Wireless Card (*Bluetooth® version may change with OS version different.)   Wi-Fi 6E(802.11ax) (Dual band) 2*2 + Bluetooth® 5.3 Wireless Card (*Bluetooth® version may change with OS version different.) |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | and to determine whether a magic packet addressed to the wireless receiver exists in the predetermined frame; and | https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/  |

| Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|
| |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |
| 1(d) | the wireless receiver to supply a signal for turning on the main power supply for said system main unit to the system main unit if the magic packet | The exemplary ASUS Zenbook Pro comprises this limitation.  For example, the exemplary ASUS Zenbook Pro is enabled so that main power supply is turned on after determination of the magic packet depicted in the packet analysis.<br><br><br><br>https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |

| Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|
| exists in the predetermined frame. |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |

| Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|
| |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |
| | | |
| 10(p) | A method for managing wireless communication between a receiver and an access point, comprising: | To the extent the preamble of claim 10 is limiting, the exemplary ASUS Zenbook Pro performs a method for managing wireless communication between a receiver and an access point comprising the limitations below.  For example, wireless communication is managed between the exemplary ASUS Zenbook Pro shown below and a wireless access point (not shown). |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/ <br><br>  https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |
| 10(a) | receiving a beacon frame transmitted from a wireless access point when a main power supply for a system main unit coupled to a wireless receiver is not on; | The exemplary ASUS Zenbook Pro performs this limitation.  For example, the exemplary ASUS Zenbook Pro shown below is enabled to receive a beacon frame and depicts the main power supply not on. <br><br>  https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |
| 10(b) | setting at least one parameter of the wireless receiver in response to receiving the beacon frame from the wireless access point; | The exemplary ASUS Zenbook Pro performs this limitation.  For example, the exemplary ASUS Zenbook Pro shown below is enabled such that a parameter is set in response to receiving a beacon frame as shown by the device receiving main power supply.<br><br>https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |
| 10(c) | setting of the at least one parameter enabling reception by the wireless receiver of a predetermined frame from the wireless access point without requiring the wireless receiver to | The exemplary ASUS Zenbook Pro performs this limitation.  For example, the exemplary ASUS Zenbook Pro shown below is enabled such that a parameter is set in response to receiving a beacon frame as shown by the device receiving main power supply.  This is enabled without the wireless receiver transmitting a handshake and the predetermined frame is "selected from the group consisting of a broadcast frame and multicast frame," as shown by the packet analysis below.<br><br> |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | transmit a wireless frame to the wireless access point to handshake with the wireless access point, and wherein the predetermined frame is selected from the group consisting of a broadcast frame and a multicast frame; | https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ <br><br>  |

| **Claim Language** | **Exemplary ASUS Zenbook Pro** |
|---|---|
| |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |
| 10(d) | the wireless receiver enabled by the setting of the at least one parameter receiving the predetermined frame from the wireless access point and determining | The exemplary ASUS Zenbook Pro performs this limitation. For example, the exemplary ASUS Zenbook Pro is enabled so that main power supply is turned on after determination of the magic packet depicted in the packet analysis. <br><br>  <br><br> https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |

| Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|
| whether a magic packet addressed to the wireless receiver exists in the predetermined frame; and |  |

| Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |
| 10(e) | the wireless receiver supplying a signal for turning on the main power supply for said system main unit to the system main unit if determined that the magic packet exists | The exemplary ASUS Zenbook Pro performs this limitation.  For example, the exemplary ASUS Zenbook Pro is enabled so that main power supply is turned on after determination of the magic packet depicted in the packet analysis.  https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |

| Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|
| in the predetermined frame. |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |

| Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|
| |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |
| 16(p) | A computer program product for managing wireless communication between a receiver and an access point, | To the extent the preamble of claim 16 is limiting, the exemplary ASUS Zenbook Pro includes a computer program product for managing wireless communication between a receiver and an access point, the computer program product comprising the following limitations. For example, wireless communication is managed between the exemplary ASUS Zenbook Pro shown below and a wireless access point (not shown). |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | the computer program product comprising: | <br><br>https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/<br><br>**Network and Communication** — Wi-Fi 6E(802.11ax) (Dual band) 2*2 + Bluetooth® 5.3 Wireless Card (*Bluetooth® version may change with OS version different.)   Wi-Fi 6E(802.11ax) (Dual band) 2*2 + Bluetooth® 5.3 Wireless Card (*Bluetooth® version may change with OS version different.)<br><br>https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |
| 16(a) | a computer readable storage medium having computer readable program code embodied therewith, the computer readable program code comprising: | The exemplary ASUS Zenbook Pro comprises this limitation.  For example, the ASUS Zenbook Pro shown below has computer readable program code embodied therewith that comprises the following limitations. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | <br>https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/ |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |

| Model | UX6404VI | UX6404VV |
|---|---|---|
| Color | Tech Black | Tech Black |
| Operating System | Windows 11 Home - ASUS recommends Windows 11 Pro for business | Windows 11 Home - ASUS recommends Windows 11 Pro for business |
| Processor | Intel® Core™ i9-13900H Processor 2.6 GHz (24MB Cache, up to 5.4 GHz, 14 cores, 20 Threads) | Intel® Core™ i9-13900H Processor 2.6 GHz (24MB Cache, up to 5.4 GHz, 14 cores, 20 Threads) |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  <br> https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |
| 16(b) | computer readable program code configured to: | The exemplary ASUS Zenbook Pro comprises this limitation.  For example, the ASUS Zenbook Pro shown below has computer readable program code configured to meet the following limitations. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/ |

| | Claim Language | Exemplary ASUS Zenbook Pro | |
|---|---|---|---|
| | |  | |
| | | **Model** | UX6404VI | UX6404VV |
| | | **Color** | Tech Black | Tech Black |
| | | **Operating System** | Windows 11 Home - ASUS recommends Windows 11 Pro for business | Windows 11 Home - ASUS recommends Windows 11 Pro for business |
| | | **Processor** | Intel® Core™ i9-13900H Processor 2.6 GHz (24MB Cache, up to 5.4 GHz, 14 cores, 20 Threads) | Intel® Core™ i9-13900H Processor 2.6 GHz (24MB Cache, up to 5.4 GHz, 14 cores, 20 Threads) |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |
| | | https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |
| 16(c) | receive a beacon frame transmitted from a wireless access point when a main power supply for a system main unit coupled to a wireless receiver is not on; | The exemplary ASUS Zenbook Pro comprises this limitation.  For example, the exemplary ASUS Zenbook Pro shown below is configured to receive a beacon frame and depicts the main power supply not on.  https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |

| Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|
| |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |
| 16(d) | set at least one parameter of the wireless receiver in response to the received beacon frame to enable reception by the wireless receiver of a predetermined frame | The exemplary ASUS Zenbook Pro comprises this limitation.  For example, the exemplary ASUS Zenbook Pro shown below is configured such that a parameter is set in response to receiving a beacon frame as shown by the device receiving main power supply.  This is enabled without the wireless receiver transmitting a handshake and the predetermined frame is "selected from the group consisting of a broadcast frame and multicast frame," as shown by the packet analysis below.<br><br>https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |

| Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|
| from the wireless access point without requiring the wireless receiver to transmit a wireless frame to the wireless access point to handshake with the wireless access point, and wherein the predetermined frame is selected from the group consisting of a broadcast frame and a multicast frame; |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |
| 16(e) | enable the wireless receiver by the setting of the at least one parameter to receive the predetermined frame from the wireless access point and determine whether a | The exemplary ASUS Zenbook Pro comprises this limitation.  For example, the exemplary ASUS Zenbook Pro shown below is configured to enable by the setting of at least one parameter to receive the predetermined frame and determine the existence of a magic packet as shown in the packet analysis below.<br><br><br><br>https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |

| Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|
| magic packet addressed to the wireless receiver exists in the predetermined frame; and |  |

| **Claim Language** | **Exemplary ASUS Zenbook Pro** |
|---|---|

| No. | Time | Source | Destination | Protocol | Length | Info |
|---|---|---|---|---|---|---|
| 146 | 19.008810 | 192.168.1.63 | 255.255.255.255 | ECHO | 144 | Request |
| 147 | 19.008810 | 192.168.1.63 | 255.255.255.255 | ECHO | 144 | Request |
| 148 | 19.008810 | 192.168.1.63 | 255.255.255.255 | ECHO | 144 | Request |
| 149 | 19.008810 | 192.168.1.63 | 255.255.255.255 | ECHO | 144 | Request |
| 150 | 19.196598 | 20.190.4.251 | 192.168.1.9 | TCP | 10274 | 443 → 51674 [ACK] Seq=6238 Ack=1634 Win=525312 Len=10220 [TCP segment of a reassembled PDU] |
| 151 | 19.196598 | 20.190.4.251 | 192.168.1.9 | TLSv1.2 | 132 | Application Data |
| 152 | 19.196598 | 20.190.4.251 | 192.168.1.9 | TLSv1.2 | 92 | Application Data |
| 153 | 19.196659 | 192.168.1.9 | 20.190.4.251 | TCP | 54 | 51674 → 443 [ACK] Seq=1634 Ack=16574 Win=132352 Len=0 |
| 154 | 19.200473 | 192.168.1.9 | 192.168.1.1 | DNS | 99 | Standard query 0x1200 A trouter-azsc-uswe-0-a.trouter.skype.com |
| 155 | 19.200614 | 192.168.1.9 | 192.168.1.1 | DNS | 99 | Standard query 0xc658 HTTPS trouter-azsc-uswe-0-a.trouter.skype.com |
| 156 | 19.218510 | 192.168.1.1 | 192.168.1.9 | DNS | 163 | Standard query response 0x1200 A trouter-azsc-uswe-0-a.trouter.skype.com CNAME trouter-azsc-uswe-0-a.cloudapp.net ... |
| 157 | 19.223163 | 192.168.1.1 | 192.168.1.9 | DNS | 218 | Standard query response 0xc658 HTTPS trouter-azsc-uswe-0-a.trouter.skype.com CNAME trouter-azsc-uswe-0-a.cloudapp... |
| 158 | 19.223616 | 192.168.1.9 | 13.88.31.235 | TCP | 66 | 51675 → 443 [SYN] Seq=0 Win=64240 Len=0 MSS=1460 WS=256 SACK_PERM |
| 159 | 19.238695 | 13.88.31.235 | 192.168.1.9 | TCP | 66 | 443 → 51675 [SYN, ACK] Seq=0 Ack=1 Win=65535 Len=0 MSS=1440 WS=256 SACK_PERM |
| 160 | 19.238764 | 192.168.1.9 | 13.88.31.235 | TCP | 54 | 51675 → 443 [ACK] Seq=1 Ack=1 Win=132352 Len=0 |
| 161 | 19.239041 | 192.168.1.9 | 13.88.31.235 | TLSv1.2 | 571 | Client Hello |
| 162 | 19.263620 | 13.88.31.235 | 192.168.1.9 | TCP | 1514 | 443 → 51675 [ACK] Seq=1 Ack=518 Win=525056 Len=1460 [TCP segment of a reassembled PDU] |
| 163 | 19.263620 | 13.88.31.235 | 192.168.1.9 | TCP | 1514 | 443 → 51675 [ACK] Seq=1461 Ack=518 Win=525056 Len=1460 [TCP segment of a reassembled PDU] |
| 164 | 19.263620 | 13.88.31.235 | 192.168.1.9 | TCP | 1514 | 443 → 51675 [ACK] Seq=2921 Ack=518 Win=525056 Len=1460 [TCP segment of a reassembled PDU] |
| 165 | 19.263620 | 13.88.31.235 | 192.168.1.9 | TCP | 1514 | 443 → 51675 [ACK] Seq=4381 Ack=518 Win=525056 Len=1460 [TCP segment of a reassembled PDU] |
| 166 | 19.263620 | 13.88.31.235 | 192.168.1.9 | TLSv1.2 | 160 | Server Hello, Certificate, Certificate Status, Server Key Exchange, Server Hello Done |
| 167 | 19.263812 | 192.168.1.9 | 13.88.31.235 | TCP | 54 | 51675 → 443 [ACK] Seq=518 Ack=5947 Win=132352 Len=0 |
| 168 | 19.265297 | 192.168.1.9 | 13.88.31.235 | TLSv1.2 | 212 | Client Key Exchange, Change Cipher Spec, Encrypted Handshake Message |

✓ Internet Protocol Version 4, Src: 192.168.1.9, Dst: 13.88.31.235
    0100 .... = Version: 4
    .... 0101 = Header Length: 20 bytes (5)
  > Differentiated Services Field: 0x00 (DSCP: CS0, ECN: Not-ECT)
    Total Length: 198
    Identification: 0x6eec (28396)
  > 010. .... = Flags: 0x2, Don't fragment
    ...0 0000 0000 0000 = Fragment Offset: 0
    Time to Live: 128
    Protocol: TCP (6)
    Header Checksum: 0x0000 [validation disabled]
    [Header checksum status: Unverified]
    Source Address: 192.168.1.9
    Destination Address: 13.88.31.235

```
0000  9e df a0 83 4b c5 10 a5  1d 33 8c 54 08 00 45 00   ····K··· ·3·T··E·
0010  00 c6 6e ec 40 00 80 06  00 00 c0 a8 01 09 0d 58   ··n·@··· ·······X
0020  1f eb c9 db 01 bb 65 fe  a2 6b ea 4b 5d 49 50 18   ······e· ·k·K]IP·
0030  02 05 ef ac 00 00 16 03  03 00 66 10 00 00 62 61   ········ ··f···ba
0040  04 e5 b4 62 4f 68 ce 92  79 03 e6 c8 74 44 e5 55   ···bOh·· y···tD·U
0050  1f 98 a7 7b 29 ad ec 63  34 82 c7 e6 68 e6 60 93   ···{)··c 4···h·`·
0060  04 e9 58 22 0a f6 86 ca  2a 38 bc cf 6d 55 0d cc   ··X"···· *8··mU··
0070  87 98 dd 18 f3 c3 7d 4e  db ca 03 0f a5 c5 0f ab   ······}N ········
0080  19 43 11 ce 4f fb 83 b9  a3 24 b4 cf 01 2d 1a cc   ·C··O··· ·$···-··
0090  f1 86 9c 44 79 33 56 7a  a6 95 a4 9f 11 f3 60 43   ···Dy3Vz ······`C
00a0  b6 14 03 03 00 01 01 16  03 03 00 28 00 00 00 00   ···········(····
00b0  00 00 00 00 9f 53 e4 67  3e ac 3a bd f6 8c 74 47   ·····S·g >·:···tG
00c0  2b 58 e7 be b3 a3 3a 1a  c2 90 ad 80 fb 59 e1 d5   +X····:· ·····Y··
00d0  2c 25 47 c2                                        ,%G·
```

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |
| 16(f) | supply a signal for turning on the main power supply for said system main unit to the system main unit if determined that the magic packet exists | The exemplary ASUS Zenbook Pro comprises this limitation. For example, the exemplary ASUS Zenbook Pro is configured so that main power supply is turned on after determination of the magic packet depicted in the packet analysis.<br><br><br><br>https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |

| Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|
| in the predetermined frame. |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |

| Claim Language | Exemplary ASUS Zenbook Pro |
| --- | --- |
| |  |

| Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|
| |  |

No. | Time | Source | Destination | Protocol | Length | Info
---|---|---|---|---|---|---
184 | 19.339425 | 192.168.1.9 | 224.0.0.251 | MDNS | 114 | Standard query response 0x0000 AAAA fe80::ab48:1fa6:3d29:aae A 192.168.1.9
185 | 19.339524 | fe80::ab48:1fa6:3d2… | ff02::fb | MDNS | 134 | Standard query response 0x0000 AAAA fe80::ab48:1fa6:3d29:aae A 192.168.1.9
186 | 19.339577 | fe80::ab48:1fa6:3d2… | ff02::1:3 | LLMNR | 90 | Standard query 0x83ba ANY ZenBookPro
187 | 19.339664 | 192.168.1.9 | 224.0.0.252 | LLMNR | 70 | Standard query 0x83ba ANY ZenBookPro
188 | 19.347169 | 192.168.1.9 | 192.168.1.1 | DNS | 83 | Standard query 0x5815 A www.msftconnecttest.com
189 | 19.350919 | 192.168.1.9 | 13.88.31.235 | TLSv1.2 | 1869 | Application Data
190 | 19.362220 | 192.168.1.1 | 192.168.1.9 | DNS | 227 | Standard query response 0x5815 A www.msftconnecttest.com CNAME ncsi-geo.trafficmanager.net CNAME www.msftncsi.com…
191 | 19.362829 | 192.168.1.9 | 23.197.50.50 | TCP | 66 | 51678 → 80 [SYN] Seq=0 Win=64240 Len=0 MSS=1460 WS=256 SACK_PERM
192 | 19.375562 | 23.197.50.50 | 192.168.1.9 | TCP | 66 | 80 → 51678 [SYN, ACK] Seq=0 Ack=1 Win=64240 Len=0 MSS=1460 SACK_PERM WS=128
193 | 19.375622 | 192.168.1.9 | 23.197.50.50 | TCP | 54 | 51678 → 80 [ACK] Seq=1 Ack=1 Win=131328 Len=0
194 | 19.375734 | 192.168.1.9 | 23.197.50.50 | HTTP | 208 | GET /connecttest.txt HTTP/1.1
195 | 19.378736 | 13.88.31.235 | 192.168.1.9 | TCP | 54 | 443 → 51675 [ACK] Seq=7798 Ack=6241 Win=525568 Len=0
196 | 19.378736 | 13.88.31.235 | 192.168.1.9 | TLSv1.2 | 636 | Application Data
197 | 19.378736 | 13.88.31.235 | 192.168.1.9 | TLSv1.2 | 88 | Application Data
198 | 19.378808 | 192.168.1.9 | 13.88.31.235 | TCP | 54 | 51675 → 443 [ACK] Seq=6241 Ack=8414 Win=131840 Len=0
199 | 19.386839 | 192.168.1.9 | 13.88.31.235 | TCP | 66 | 51679 → 443 [SYN] Seq=0 Win=64240 Len=0 MSS=1460 WS=256 SACK_PERM
200 | 19.394473 | 23.197.50.50 | 192.168.1.9 | TCP | 54 | 80 → 51678 [ACK] Seq=1 Ack=155 Win=64128 Len=0
201 | 19.394473 | 23.197.50.50 | 192.168.1.9 | HTTP | 241 | HTTP/1.1 200 OK  (text/plain)
202 | 19.394473 | 23.197.50.50 | 192.168.1.9 | TCP | 54 | 80 → 51678 [FIN, ACK] Seq=188 Ack=155 Win=64128 Len=0
203 | 19.394517 | 192.168.1.9 | 23.197.50.50 | TCP | 54 | 51678 → 80 [ACK] Seq=155 Ack=189 Win=131072 Len=0
204 | 19.394554 | 192.168.1.9 | 23.197.50.50 | TCP | 54 | 51678 → 80 [FIN, ACK] Seq=155 Ack=189 Win=131072 Len=0
205 | 19.400657 | 13.88.31.235 | 192.168.1.9 | TCP | 66 | 443 → 51679 [SYN, ACK] Seq=0 Ack=1 Win=65535 Len=0 MSS=1440 WS=256 SACK_PERM
206 | 19.400730 | 192.168.1.9 | 13.88.31.235 | TCP | 54 | 51679 → 443 [ACK] Seq=1 Ack=1 Win=132352 Len=0

> Internet Protocol Version 4, Src: 192.168.1.9, Dst: 13.88.31.235
  0100 .... = Version: 4
  .... 0101 = Header Length: 20 bytes (5)
> Differentiated Services Field: 0x00 (DSCP: CS0, ECN: Not-ECT)
  Total Length: 40
  Identification: 0x6ef5 (28405)
> 010. .... = Flags: 0x2, Don't fragment
  ...0 0000 0000 0000 = Fragment Offset: 0
  Time to Live: 128
  Protocol: TCP (6)
  Header Checksum: 0x0000 [validation disabled]
  [Header checksum status: Unverified]
  Source Address: 192.168.1.9
  Destination Address: 13.88.31.235

```
0000  9e df a0 83 4b c5 10 a5  1d 33 8c 54 08 00 45 00   ····K··· ·3·T··E·
0010  00 28 6e f5 40 00 80 06  00 00 c0 a8 01 09 0d 58   ·(n·@··· ·······X
0020  1f eb c9 0f 01 bb bf 14  88 de a3 b9 19 b7 50 10   ·······  ······P·
0030  02 05 ef 0e 00 00                                  ······
```