# EXHIBIT G

**Infringement of U.S. Patent No. 7,760,189 by ASUS's Exemplary Zenbook Pro (UX6404)**

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| 1(p) | A method for providing diagonal scrolling on a touchpad of a device, the method comprising: | To the extent the preamble of claim 1 is limiting, the Accused Products practice a method, including a method comprising the steps shown below and for claim elements 1(a)-1(c). <br><br> For example, the ASUS Exemplary Zenbook Pro (UX6404) ("ASUS Zenbook Pro") is a device, and, in particular, is a laptop device. <br><br> <br><br> *See* https://www.asus.com/us/laptops/for-home/zenbook/filter?SubSeries=Zenbook-Pro. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | ASUS Zenbook Pro 14 OLED (UX6404)<br><br>Overview    Laptop-OLED    Tech Specs    Review    Support<br><br>13th gen Intel® Core™ i9 processor<br>NVIDIA® GeForce RTX™ 4070<br>14.5" 2.8K 120Hz OLED display<br>16 GB memory with 32 GB SODIMM<br>1 TB SSD storage<br>Long-lasting 76 Wh battery<br>ASUS DialPad<br><br>*See* https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/where-to-buy/.<br><br>The ASUS Zenbook Pro incorporates a touchpad as shown below: |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  *See* https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/<br><br>*See* https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | **8 Touchpad**<br><br>The touchpad allows the use of multi-gestures to navigate onscreen, providing an intuitive user experience. It also simulates the functions of a regular mouse.<br><br>NOTE: For more details, refer to the *Using the touchpad* section in this manual.<br><br>**DialPad**<br><br>Use DialPad to adjust volume, change brush opacity, increase or decrease display brightness, and much more. DialPad supports content creator oriented applications, and you can also customize some of the most common functions with DialPad.<br><br>NOTE: For more details, refer to the *Using the DialPad* section in this manual.<br><br>20            Notebook PC E-Manual<br><br>*See* https://dlcdnets.asus.com/pub/ASUS/nb/UX6404VI/0409_E20871_UX6404V_A.pdf?model=UX6404VI, ASUS Zenbook Pro User Manual at pp. 16 and 20. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | As shown below, the ASUS Zenbook Pro's touchpad allows users to utilize gestures to navigate on screen: <br><br> <br><br> *See* https://dlcdnets.asus.com/pub/ASUS/nb/UX6404VI/0409_E20871_UX6404V_A.pdf?model=UX6404VI, ASUS Zenbook Pro User Manual at p. 20. <br><br> As shown below, the ASUS Zenbook Pro uses an ASUS DialPad driver to enable communications between the touchpad and the operating system to "provide . . . |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | fingertip control."  *See* https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/helpdesk_download/?model2Name=UX6404VI  The ASUS Zenbook Pro performs methods for performing diagonal scrolling on its touchpad, including the method steps shown below. *See infra* claim elements 1(a)-1(c). |

|      | **Claim Language** | **Exemplary ASUS Zenbook Pro** |
|------|--------------------|--------------------------------|
| 1(a) | determining if at least one finger is in contact with the touchpad; | The Accused Products perform the method step of "determining if at least one finger is in contact with the touchpad."

For example, the ASUS Zenbook Pro's touchpad allows users to utilize gestures to navigate on screen:

*See* https://dlcdnets.asus.com/pub/ASUS/nb/UX6404VI/0409_E20871_UX6404V_A.pdf?model=UX6404VI, ASUS Zenbook Pro User Manual at p. 20. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | The touchpad incorporated into the ASUS Zenbook Pro determines if at least one finger is in contact with the touchpad.<br><br><br><br>Fig. 1 (showing the touchpad registering two fingers (Index 1 and Index 2) and displays the coordinates of each finger on the touchpad).<br><br>Determination is also shown by the cursor moving from its position when no fingers are in contact with the touch pad (Figures 2 and 4) to another position when at least one finger is in contact with the touchpad (Figures 3 and 5): |

|  | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
|  |  | <br>Fig. 2. |

|  | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
|  |  | Fig. 3. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | <br>Fig. 4. |

|  | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
|  |  | Fig. 5. |
| 1(b) | entering a diagonal scroll mode if more than one finger is in contact with the touchpad, and | The Accused Products perform the method step of "entering a diagonal scroll mode if more than one finger is in contact with the touchpad."<br><br>For example, the ASUS Zenbook Pro enters a diagonal scroll mode when more than one finger is in contact with the touchpad. *See* Figure 6 (showing more than one finger in contact with the touchpad) and Figure 7 (showing a diagonal scroll when more than one finger is in contact with the touchpad). |

|  | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
|  |  | Fig. 6. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | <br>Fig. 7. |
| 1(c) | scrolling diagonally in the diagonal scroll mode within the touchpad of the device in the direction of the more than one simultaneous finger contact. | The Accused Products perform the method step of "scrolling diagonally in the diagonal scroll mode within the touchpad of the device in the direction of the more than one simultaneous finger contact."<br><br>For example, the ASUS Zenbook Pro scrolls diagonally in the diagonal scroll mode within the touchpad of the device in the direction of the more than one simultaneous finger content. *See* Figure 8, Figure 9, and Figure 10 (showing diagonal scrolling within the touchpad in the upward left direction, the same direction of the more than one simultaneous finger contact). |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | <br>Fig. 8. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | Fig. 9. |

|  | Claim Language | Exemplary ASUS Zenbook Pro |
|--|----------------|----------------------------|
|  |  | Fig. 10. |
|  |  |  |
| 9(p) | A computer readable medium containing program instructions for providing diagonal scrolling on a touchpad of a device, the program instructions for: | To the extent the preamble of claim 1 is limiting, the Accused Products comprise a computer readable medium containing program instructions for providing diagonal scrolling ono the touchpad of a device, including program instructions practicing claim elements 9(a)-9(c). <br><br> For example, the Exemplary Zenbook Pro (UX6404) ("ASUS Zenbook Pro") is a device, and, in particular, is a laptop device. |

|  | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
|  |  | *See* https://www.asus.com/us/laptops/for-home/zenbook/filter?SubSeries=Zenbook-Pro. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | ASUS Zenbook Pro 14 OLED (UX6404)<br><br>Overview    Laptop-OLED    Tech Specs    Review    Support<br><br><br><br>13th gen Intel® Core™ i9 processor<br>NVIDIA® GeForce RTX™ 4070<br>14.5" 2.8K 120Hz OLED display<br>16 GB memory with 32 GB SODIMM<br>1 TB SSD storage<br>Long-lasting 76 Wh battery<br>ASUS DialPad<br><br>*See* https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/where-to-buy/.<br><br>As shown below, the ASUS Zenbook Pro incorporates a computer readable medium in the form of a 1 TB solid-state drive. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |

*See* https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/where-to-buy/.

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | *See* https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/. <br><br> The ASUS Zenbook Pro incorporates a touchpad as shown below: <br><br> |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  *See* https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/ <br><br> *See* https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | |  |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | **8  Touchpad**<br>The touchpad allows the use of multi-gestures to navigate onscreen, providing an intuitive user experience. It also simulates the functions of a regular mouse.<br><br>NOTE: For more details, refer to the *Using the touchpad* section in this manual.<br><br>**DialPad**<br>Use DialPad to adjust volume, change brush opacity, increase or decrease display brightness, and much more. DialPad supports content creator oriented applications, and you can also customize some of the most common functions with DialPad.<br><br>NOTE: For more details, refer to the *Using the DialPad* section in this manual.<br><br>20                    Notebook PC E-Manual<br><br>*See* https://dlcdnets.asus.com/pub/ASUS/nb/UX6404VI/0409_E20871_UX6404V_A.pdf?model=UX6404VI, ASUS Zenbook Pro User Manual at pp. 16 and 20.<br><br>As shown below, the ASUS Zenbook Pro uses an ASUS DialPad driver to enable communications between the touchpad and the operating system to "provide . . . |

| Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|
| | fingertip control." The driver contains program instructions for providing diagonal scrolling on the ASUS Zenbook Pro's touchpad.<br><br><br><br>*See* https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/helpdesk_download/?model2Name=UX6404VI<br><br>The ASUS Zenbook Pro's computer readable medium contains program instructions for providing diagonal scrolling on its touchpad, including the steps shown below. *See infra* claim limitations 9(a)-9(c). |

|      | **Claim Language** | **Exemplary ASUS Zenbook Pro** |
|------|--------------------|--------------------------------|
| 9(a) | determining if at least one finger is in contact with the touchpad; | The Accused Products contain program instructions for "determining if at least one finger is in contact with the touchpad."<br><br>For example, the ASUS Zenbook Pro's touchpad allows users to utilize gestures to navigate on screen:<br><br><br><br>*See* https://dlcdnets.asus.com/pub/ASUS/nb/UX6404VI/0409_E20871_UX6404V_A.pdf?model=UX6404VI, ASUS Zenbook Pro User Manual at p. 20. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | The touchpad incorporated into the ASUS Zenbook Pro determines if at least one finger is in contact with the touchpad.<br><br><br><br>Fig. 1 (showing the touchpad registering two fingers (Index 1 and Index 2) and displays the coordinates of each finger on the touchpad).<br><br>Determination is also shown by the cursor moving from its position when no fingers are in contact with the touch pad (Figures 2 and 4) to another position when at least one finger is in contact with the touchpad (Figures 3 and 5): |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | Fig. 2. |

|  | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
|  |  | <br>Fig. 3. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | Fig. 4. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | <br>Fig. 5. |
| 9(b) | entering a diagonal scroll mode if more than one finger is in contact with the touchpad, and | The Accused Products contain program instructions for "entering a diagonal scroll mode if more than one finger is in contact with the touchpad."<br><br>For example, the ASUS Zenbook Pro enters a diagonal scroll mode when more than one finger is in contact with the touchpad. *See* Figure 6 (showing more than one finger in contact with the touchpad) and Figure 7 (showing a diagonal scroll when more than one finger is in contact with the touchpad). |

|  | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
|  |  | <br><br>Fig. 6. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | Fig. 7. |
| 9(c) | scrolling diagonally in the diagonal scroll mode within the touchpad of the device in the direction of the more than one simultaneous finger contact. | The Accused Products contain program instructions for "scrolling diagonally in the diagonal scroll mode within the touchpad of the device in the direction of the more than one simultaneous finger contact." For example, the ASUS Zenbook Pro scrolls diagonally in the diagonal scroll mode within the touchpad of the device in the direction of the more than one simultaneous finger content. *See* Figure 8, Figure 9, and Figure 10 (showing diagonal scrolling within the touchpad in the upward left direction, the same direction of the more than one simultaneous finger contact). |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | Fig. 8. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | <br>Fig. 9. |

| | Claim Language | Exemplary ASUS Zenbook Pro |
|---|---|---|
| | | Fig. 10. |