# EXHIBIT H

**Infringement of U.S. Patent No. 8,687,354 by ASUS's Representative Zenbook Flip 14**

| | Claim Language | Representative ASUS Zenbook Flip 14 |
|---|---|---|
| 1(p) | A hinge, comprising: | To the extent that the preamble of claim 1 is limiting, the exemplary ASUS Zenbook Flip 14 includes a hinge.<br><br>https://www.asus.com/us/laptops/for-home/zenbook/asus-zenbook-flip-14-ux461/ |

Page **1** of **9**

| | Claim Language | Representative ASUS Zenbook Flip 14 |
|---|---|---|
| 1(a) | a hinge block having a first hinge member and a second hinge member; and | The exemplary ASUS Zenbook Flip 14 comprises a hinge block with first and second hinge members.<br><br>*[Image: hinge assembly with labels "Hinge Block", "Second hinge member", "First hinge member"]* |
| 1(b) | an inhibitor stopper disposed between the first hinge member and the second hinge member, wherein the inhibitor stopper has a first wing and a second wing, wherein the inhibitor stopper is attached to the hinge block, and wherein the first and second wings are rotatable around an axis; | The exemplary ASUS Zenbook Flip 14 comprises an inhibitor stopper attached to the hinge block, having first and second wings, disposed between first and second hinge members, and rotatable around an axis.<br><br>*[Image: close-up of hinge with labels "Hinge Block", "Inhibitor Stopper", "First Wing", "Second Wing", "First Hinge Member", "Second Hinge Member"]* |

| | **Claim Language** | **Representative ASUS Zenbook Flip 14** |
|---|---|---|
| 1(c) | wherein the first hinge member has a first notch at an outer perimeter of the first hinge member and the second hinge member has a second notch at an outer perimeter of the second hinge member; | The exemplary ASUS Zenbook Flip 14 comprises a first hinge member with outer perimeter notch and second hinge member with outer perimeter notch. |
| 1(d) | wherein the first hinge member is adapted to attach to a first housing; | The exemplary ASUS Zenbook Flip 14 comprises a first hinge member adapted to attach to a first housing. |

| | **Claim Language** | **Representative ASUS Zenbook Flip 14** |
|---|---|---|
| 1(e) | wherein the second hinge member is adapted to attach to a second housing; | The exemplary ASUS Zenbook Flip 14 comprises a second hinge member adapted to attach to a second housing. |
| 1(f) | wherein the second wing of the inhibitor stopper engages the second notch to prevent the second hinge member from rotating when the first hinge member rotates from zero degrees to 180 degrees. | The exemplary ASUS Zenbook Flip 14 comprises an inhibitor stopper which engages the second notch of the second hinge member with second wing to prevent second hinge member from rotating when first hinge member rotates from 0° to 180°. |

Page **4** of **9**

| | Claim Language | Representative ASUS Zenbook Flip 14 |
|---|---|---|
| 7(p) | An electronic computing device, comprising: | To the extent that the preamble of claim 7 is limiting, the exemplary ASUS Zenbook Flip 14 includes an electronic computing device known as a "computer," "Notebook PC," and "convertible laptop." <br><br> **14" OLED convertible laptop** <br> 16:10, high resolution, OLED NanoEdge touchscreen, 0.2 ms response time, 100% DCI-P3 color gamut, up to 550 nits peak brightness <br><br> https://www.asus.com/us/laptops/for-home/zenbook/zenbook-14-flip-oled-up3404/ <br><br> 62                                                              Notebook PC E-Manual <br><br> Please refer to the following tips to alleviate eye strain: <br><br> • Take some time away from the display if working for long hours. It is advised to take short breaks (at least 5 minutes) after around 1 hour of continuous working at the computer. Taking short and frequent breaks is more effective than a long break. <br><br> https://dlcdnets.asus.com/pub/ASUS/nb/UP3404VA/0409_E20495_UP3404VA_A.pdf?model=UP3404VA |

| | Claim Language | Representative ASUS Zenbook Flip 14 |
|---|---|---|
| 7(a) | a lower housing; | The exemplary ASUS Zenbook Flip 14 comprises a lower housing.<br><br>https://www.asus.com/us/laptops/for-home/zenbook/asus-zenbook-flip-14-ux461/ |
| 7(b) | an upper housing; and | The exemplary ASUS Zenbook Flip 14 comprises an upper housing.<br><br>https://www.asus.com/us/laptops/for-home/zenbook/asus-zenbook-flip-14-ux461/ |

| | **Claim Language** | **Representative ASUS Zenbook Flip 14** |
|---|---|---|
| 7(c) | a plurality of hinge blocks attached to confronting edge portions of the lower housing and the upper housing, wherein each of the hinge blocks has an inhibitor stopper, wherein the inhibitor stopper is operatively coupled to the lower housing and the upper housing in such a way that the upper housing is rotatable synchronously over substantially 360° with respect to the lower housing on the plurality of hinge blocks. | The exemplary ASUS Zenbook Flip 14 comprises a plurality of hinge blocks attached to confronting edge portions of the lower housing and the upper housing.<br><br>Hinge Blocks attached to confronting edge portions<br><br>https://www.asus.com/us/laptops/for-home/zenbook/asus-zenbook-flip-14-ux461/ |

| Claim Language | Representative ASUS Zenbook Flip 14 |
|---|---|
| | The exemplary ASUS Zenbook Flip 14 includes a hinge block having an inhibitor stopper, operatively coupled to the lower and upper housing. |

| Claim Language | Representative ASUS Zenbook Flip 14 |
|---|---|
| | Such coupling of inhibitor stopper allows the upper housing of the exemplary ASUS Zenbook Flip 14 to synchronously rotate 360° with respect to the lower housing. **Rotating the display panel** Your Notebook PC's display panel is adjustable up to 360 degrees. You may adjust the display panel as shown below. NOTE: The illustrations are for reference only. 360 degrees adjustable https://dlcdnets.asus.com/pub/ASUS/nb/UP3404VA/0409_E20495_UP3404VA_A.pdf?model=UP3404VA |