| | |
|---|---|
| 1 | SEAN CUNNINGHAM (Bar No. 174931)<br>sean.cunningham@us.dlapiper.com<br>**DLA PIPER LLP (US)**<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121<br>Tel: 858.677.1400<br>Fax: 858.677.1401 |
| 2 | JAKE ZOLOTOREV (Bar No. 224260)<br>jake.zolotorev@us.dlapiper.com<br>**DLA Piper LLP (US)**<br>3203 Hanover Street, Suite 100<br>Palo Alto, CA 94304<br>Tel: 650-833-2000<br>Fax: 656-833-2001 |

SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@us.dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 858.677.1400
Fax: 858.677.1401

JAKE ZOLOTOREV (Bar No. 224260)
jake.zolotorev@us.dlapiper.com
**DLA Piper LLP (US)**
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Tel: 650-833-2000
Fax: 656-833-2001

CLAYTON THOMPSON (Bar No. 291331)
clayton.thompson@us.dlapiper.com
**DLA Piper LLP (US)**
1201 West Peachtree Street, Suite 2900
Atlanta, GA 30309
Tel: 404-736-7800
Fax: 404-682-7800

BENJAMIN YAGHOUBIAN (Bar No. 292318)
benjamin.yaghoubian@us.dlapiper.com
**DLA Piper LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Tel: 310-595-3000

*Additional Counsel on Signature Page

Attorneys for Plaintiff
LENOVO (UNITED STATES) INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lenovo (United States) Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ASUSTeK Computer Inc.; ASUS Computer International,<br><br>　　　　　Defendants. | Case No.: 23-CV-5892<br><br>**PLAINTIFF'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITES OR PERSONS**<br><br>**DEMAND FOR JURY TRIAL** |

ACTIVE\1605226263.1

Case No. 23-CV-5892
FRCP 7.1 CORPORATE DISCLOSURE STATEMENT

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15,
Plaintiff Lenovo (United States) Inc. states as follows:

Lenovo (United States) Inc. is a wholly-owned subsidiary of Lenovo Holding Company, Inc. Lenovo Holding Company, Inc. is indirectly a wholly-owned subsidiary of Lenovo Group Limited. Accordingly, Lenovo Group Limited has more than 10% ownership of Lenovo (United States) Inc.

Dated:  November 15, 2023

**DLA PIPER LLP (US)**

 */s/    Sean Cunningham*

Sean Cunningham
sean.cunningham@us.dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 858.677.1400
Fax: 858.677.1401

Clayton Thompson
clayton.thompson@us.dlapiper.com
**DLA Piper LLP (US)**
1201 West Peachtree Street, Suite 2900
Atlanta, GA 30309
Tel: 404-736-7800
Fax: 404-682-7800

Jake Zolotorev
jake.zolotorev@us.dlapiper.com
**DLA Piper LLP (US)**
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Tel: 650-833-2000
Fax: 656-833-2001

Benjamin Yaghoubian
benjamin.yaghoubian@us.dlapiper.com
**DLA Piper LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Tel: 310-595-3000

1

Case No. 23-5892
FRCP 7.1 CORPORATE DISCOSURE STATEMENT

ACTIVE\1605226263.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Helena Kiepura
*pro hac vice to be filed*
helena.kiepura@us.dlapiper.com
Daniel Valencia
*pro hac vice to be filed*
daniel.valencia@us.dlapiper.com
**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20066
Telephone: (202) 799-4000
Facsimile: (202) 799-5000

Claire Schuster
*pro hac vice to be filed*
claire.schuster@us.dlapiper.com
**DLA Piper LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02210
Telephone: 617-406-6000
Facsimile: 617-406-6100

2

Case No.23-5892
FRCP 7.1 CORPORATE DISCLOSURE STATEMENT

ACTIVE\1605226263.1