AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| LENOVO (UNITED STATES) INC.<br><br>*Plaintiff(s)*<br>v.<br>ASUSTeK COMPUTER INC. & ASUS COMPUTER INTERNATIONAL<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  3:23-cv-5892 LJC<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ASUS Computer International
48720 Kato Road
Fremont, California 94358
c/o CT Corporation System
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Sean Cunningham
   DLA Piper LLP (US)
   4365 Executive Drive, Suite 1100
   San Diego, CA  92121

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B. Busby*

Date: 11/16/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| LENOVO (UNITED STATES) INC. <br><br> *Plaintiff(s)* <br> v. <br> ASUSTeK COMPUTER INC. & ASUS COMPUTER INTERNATIONAL <br><br> *Defendant(s)* | Civil Action No. 3:23-cv-5892 LJC |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ASUSTeK Computer Inc.
No. 15, Li-De Road
Beitou District
Taipei 112, F5
Tai an

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sean Cunningham
DLA Piper LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA  92121

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Mark B. Busby

*Signature of Clerk or Deputy Clerk*

Date: 11/16/2023