Michael J. Newton (SBN 156225)
ALSTON & BIRD, LLP
755 Page Mill Road
Building C – Suite 200
Palo Alto, California 94304
Telephone: (650) 838-2121
Facsimile: (650) 838-2001
mike.newton@alston.com

*Attorney for Defendant*
*ASUS Computer International.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LENOVO (UNITED STATES) INC.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTeK COMPUTER INC., and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No. 5:23-cv-05892-BLF<br><br>**DEFENDANT'S NOTICE OF MOTION AND UNOPPOSED MOTION TO STAY ACTION PENDING ITC DETERMINATION**<br><br>Hearing Date: May 9, 2024<br>Time: 9:00 a.m.<br>Judge: Hon. Beth Labson Freeman<br>Courtroom: 3, Fifth Floor |

**NOTICE OF MOTION AND UNOPPOSED MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on May 9, 2024 at 9:00 a.m., in Courtroom 3, Fifth Floor, of the United States District Court for the Northern District of California, San Jose Division, located to 280 South First Street, San Jose, California, or as soon thereafter as the matter may be heard, a hearing will be held by the Honorable Beth Labson Freeman, United States District Judge, on Defendant ASUS Computer International's ("ASUS") Unopposed Motion to Stay Action Pending ITC Determination ("Motion"). ASUS, by way of its Motion, seeks an order staying the case pending the determination of the parallel United States Trade Commission proceeding, *In the Matter of Certain Electronic Computing Devices and Components Thereof*, Investigation No. 337-TA-1382.

Plaintiff has advised it does not oppose this Motion.

This Motion is based on the following Memorandum of Points and Authorities, the pleadings and records on file in this action, and such other written and/or oral arguments as may be presented at or before the time this Motion is taken under submission by the Court.

**ALSTON & BIRD LLP**

Dated: January 10, 2024

BY: */s/ Michael J. Newton*

Michael J. Newton (SBN 156225)
ALSTON & BIRD, LLP
755 Page Mill Road
Building C – Suite 200
Palo Alto, California 94304
Telephone: (650) 838-2121
Facsimile: (650) 838-2001
mike.newton@alston.com

**MEMORANDUM OF POINTS AND AUTHORITIES**

Under 28 U.S.C. § 1659, Defendant ASUS Computer International ("ASUS") respectfully moves this Court to stay all proceedings in the above-captioned case until the determination of the parallel United States International Trade Commission ("ITC") proceedings, *In the Matter of Certain Electronic Computing Devices and Components Thereof*, Investigation No. 337-TA-1382, becomes final, including any appeals and until the Commission proceedings are no longer subject to judicial review. Plaintiff Lenovo (United States) Inc. ("Lenovo US") does not oppose the request to stay this case.

On November 15, 2023, Lenovo US filed the Complaint in this action against ASUS alleging infringement of U.S. Patent Nos. 10,952,203; 7,792,066; 7,760,189; and 8,687,354 (collectively, "Asserted Patents"). Dkt. 1. On November 15, 2023, Lenovo US filed a complaint with the ITC under Section 337 of the Tariff Act of 1930, as amended, against ASUS, requesting that the ITC institute an investigation based on alleged infringement of the Asserted Patents. On December 15, 2023, the ITC instituted an investigation based on Lenovo US's complaint, naming ASUS and its parent, ASUSTeK Computer Inc.,[1] as respondents to the ITC proceeding. *See* Ex. 1, Notice of Institution of Inv. No. 337-TA-1382.

A district court must stay a civil action pending completion of a parallel ITC proceeding upon a timely request by a party that is a respondent in the ITC proceeding. 28 U.S.C. § 1659(a). ITC Investigation No. 337-TA-1382 involves the same parties and the same patents as this action. Further, this request is timely as the request is made within (30) days of the December 15, 2023 date of institution of the ITC Investigation.

For the foregoing reasons, ASUS respectfully requests that the Court enter the attached proposed order staying all proceedings in this action until the determination of the 337-TA-1382 Investigation becomes final, including any appeals, and until the Commission proceedings are no longer subject to judicial review.

[1] ASUSTeK Computer Inc. is also a Defendant in this action, however, as of the date of this Motion, ASUSTeK Computer Inc. contends it has not been served with the Complaint in this action. The parties agree and stipulate that the time for Plaintiff Lenovo US to serve ASUSTeK Computer Inc. in this action, if necessary, is also stayed as of the date of this Motion and that such time will restart when the stay in this action is lifted.

**ALSTON & BIRD LLP**

Dated: January 10, 2024 BY: */s/ Michael J. Newton*

Michael J. Newton (SBN 156225)
ALSTON & BIRD, LLP
755 Page Mill Road
Building C – Suite 200
Palo Alto, California 94304
Telephone: (650) 838-2121
Facsimile: (650) 838-2001
mike.newton@alston.com

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on January 3 and 10, 2024, I conferred with counsel for Plaintiff. Plaintiff advised that Plaintiff does not oppose this motion.

*/s/ Michael J. Newton*
Michael J. Newton

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Civil L.R. 5, I hereby certify that, on January 10, 2024, all counsel of record who have appeared in this case were served with a copy of the foregoing via e-mail.

*/s/ Michael J. Newton*
Michael J. Newton