SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@us.dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 858.677.1400
Fax: 858.677.1401

JAKE ZOLOTOREV (Bar No. 224260)
jake.zolotorev@us.dlapiper.com
**DLA Piper LLP (US)**
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Tel: 650-833-2000
Fax: 656-833-2001

CLAYTON THOMPSON (Bar No. 291331)
clayton.thompson@us.dlapiper.com
**DLA Piper LLP (US)**
1201 West Peachtree Street, Suite 2900
Atlanta, GA 30309
Tel: 404-736-7800
Fax: 404-682-7800

BENJAMIN YAGHOUBIAN (Bar No. 292318)
benjamin.yaghoubian@us.dlapiper.com
**DLA Piper LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Tel: 310-595-3000

*Additional Counsel on Signature Page

Attorney for Plaintiff
LENOVO (UNITED STATES) INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lenovo (United States) Inc., <br><br> Plaintiff, <br><br> v. <br><br> ASUSTeK Computer Inc.; ASUS Computer International, <br><br> Defendants. | Case No.: 23-CV-5892-NW <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br><br> **DEMAND FOR JURY TRIAL** |

1   Plaintiff Lenovo (United States) Inc. ("Lenovo US"), and Defendants ASUSTeK
2   Computer Inc. and ASUS Computer International (collectively "Defendants") jointly submit the
3   following case management statement.
4   As stated in ECF No. 21, the case is currently stayed in its entirety pending final resolution
5   of Internation Trade Commission Investigation No. 337-TA-1382, titled *Certain Electronic*
6   *Computing Devices and Components Thereof* ("the ITC Investigation"). The ITC Investigation
7   concluded on June 20, 2025 with a finding that ASUS did not violate Section 337. Lenovo US has
8   now filed a notice of appeal of that final decision to the Federal Circuit. Per this Court's Order
9   Granting Motion to Stay Action Pending ITC Determination (ECF No. 21), this case remains
10  stayed "in its entirety pending final resolution of the 1382 ITC Investigation, including during any
11  and all appeals and until such time as the ITC proceedings are no longer subject to judicial
12  review."

14  Dated:  August 19, 2025                    **DLA PIPER LLP (US)**

                                                 */s/ Sean Cunningham*
                                                Sean Cunningham
                                                sean.cunningham@us.dlapiper.com
                                                **DLA PIPER LLP (US)**
                                                4365 Executive Drive, Suite 1100
                                                San Diego, CA 92121
                                                Tel: 858.677.1400
                                                Fax: 858.677.1401

                                                Clayton Thompson
                                                clayton.thompson@us.dlapiper.com
                                                **DLA Piper LLP (US)**
                                                1201 West Peachtree Street, Suite 2900
                                                Atlanta, GA 30309
                                                Tel: 404-736-7800
                                                Fax: 404-682-7800

                                                Jake Zolotorev
                                                jake.zolotorev@us.dlapiper.com
                                                **DLA Piper LLP (US)**
                                                3203 Hanover Street, Suite 100
                                                Palo Alto, CA 94304
                                                Tel: 650-833-2000
                                                Fax: 656-833-2001

1

Benjamin Yaghoubian
benjamin.yaghoubian@us.dlapiper.com
**DLA Piper LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Tel: 310-595-30

Helena D. Kiepura
*pro hac vice*
helena.kiepura@us.dlapiper.com
Daniel Valencia
*pro hac vice*
daniel.valencia@us.dlapiper.com
**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20066
Telephone: (202) 799-4000
Facsimile: (202) 799-5000

Claire Schuster
*pro hac vice*
claire.schuster@us.dlapiper.com
**DLA Piper LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02210
Telephone: 617-406-6000
Facsimile: 617-406-6100

*Counsel for Lenovo (United States) Inc.*


 */s/ Michael J. Newton*
Michael J. Newton (CA Bar No. 156225)
ALSTON & BIRD, LLP
755 Page Mill Road
Building C – Suite 200
Palo Alto, California 94304
Telephone: (650) 838-2121
Facsimile: (650) 838-2001
mike.newton@alston.com

*Counsel for Defendants
ASUS Computer Inc. and ASUS Computer International*

2

Case No. 23-CV-5892-NW
JOINT CASE MANAGEMENT STATEMENT

1622950694