SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@us.dlapiper.com
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Tel: 202.799.4000
Fax: 202.799.5000

*Additional Counsel on Signature Page

Attorney for Plaintiff
LENOVO (UNITED STATES) INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

LENOVO (UNITED STATES) INC.,

Plaintiff,

v.

ASUSTEK COMPUTER INC.; ASUS COMPUTER INTERNATIONAL,

Defendants.

Case No.: 23-CV-5892-NW

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lenovo (United States) Inc. hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice. The Parties shall bear their own attorneys' fees and costs.

Dated: September 17, 2026

**DLA PIPER LLP (US)**

*/s/ Sean Cunningham*
Sean Cunningham
sean.cunningham@us.dlapiper.com
**DLA PIPER LLP (US)**
Helena D. Kiepura
*pro hac vice*
helena.kiepura@us.dlapiper.com
500 Eighth Street, NW

Washington, DC 20066
Tel: 202.799.4000
Facsimile: 202. 799.5000

Claire Schuster
*pro hac vice*
claire.schuster@us.dlapiper.com
**DLA Piper LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02210
Telephone: 617-406-6000
Facsimile: 617-406-6100

*Counsel for Lenovo (United States) Inc.*